IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   NO. 9:06-CR 23 |
| | *         RC / ESH |
| JAMES VALENTINISDEE and | * |
| DANA LAWSON | * |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNT I**

Violation: Title 18, United States Code,
Section 2113(a) (Bank Robbery)

On or about May 3, 2006, in the Eastern District of Texas, JAMES VALENTINISDEE and DANA LAWSON, defendants herein, by force, violence, and intimidation did take from the person or presence of another, money, namely United States currency, belonging to and in the care, custody, control, management and possession of the Prosperity Bank in Crockett, Texas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

Date: 6/6/06

*[signature]*
GRAND JURY FOREPERSON

MATTHEW D. ORWIG
UNITED STATES ATTORNEY

*[signature]*
LISA G. FLOURNOY
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | NO.9:06-CR- |
| | * | |
| JAMES VALENTINISDEE and | * | |
| DANA LAWSON | * | |

## NOTICE OF PENALTY

### COUNT I

<u>VIOLATION</u>: Title 18, United States Code, Section 2113(a) (Bank Robbery)

<u>PENALTY</u>:  A fine of not more than $250,000.00; imprisonment for not more than twenty (20) years; a term of supervised release of not more than five (5) years.

<u>SPECIAL ASSESSMENT</u>:   $100.00